IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALJAY LOCKETT, JR., #133930, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv113-MEF |
| ) | |
| WARDEN MITCHEM, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for leave to amend his 28 U.S.C. § 2241 habeas petition (Doc. No. 5; filed March 3, 2008), and for good cause shown, it is

ORDERED that the motion for leave to amend (Doc. No. 5) be and is hereby GRANTED.

It is further

ORDERED that Respondents be GRANTED an extension from March 17, 2008, to and including March 28, 2008, to file an answer to Petitioner's habeas petition in compliance with this court's order entered on February 22, 2008.

Done this 4th day of March, 2008.

    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE