IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 19 P 2: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALJAY LOCKETT, JR.,<br>AIS #133930, | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | ) CIVIL ACTION NO.<br>) 2:08-cv-113-MEF<br>) |
| WARDEN MITCHEM, *et. al.*, | )<br>) |
| Respondents. | ) |

**CONFLICT DISCLOSURE STATEMENT**

Comes now Troy King, Attorney General for the State of Alabama, and Billy Mitchem, Warden for the Alabama Department of Corrections, and through the undersigned counsel make the following disclosure regarding potential conflicts of interest in accordance with this Court's general Order No. 3047:

Troy King and Billy Mitchem, parties named Respondents in the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Section 2254 Cases in the United States District Courts, have

been sued in their official capacities. Neither Attorney General King nor Warden Mitchem have any known affiliations "that could potentially pose a financial or professional conflict for a judge" on this Court.

/s/ P. David Bjurberg
P. David Bjurberg (BJU001)
*Assistant Attorney General*
Counsel for Respondents

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>19th</u> day of March, 2008, I served a copy of the foregoing on Lockett by placing same in the United States mail, postage prepaid, and addressed as follows:

Aljay Lockett, Jr.
AIS #133930
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

/s/ P. David Bjurberg
P. David Bjurberg (BJU001)
Office of the Attorney General

ADDRESS OF COUNSEL:

Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: dbjurberg@ago.state.al.us
11 South Union Street
393252-001

3