## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

2008 MAR 24  A  9: 33

)
ALJAY LOCKETT JR., # 133930
      **Petitioner,**
)

**VS.**

)

STATE OF ALABAMA,
      **Respondents.**

)

**CIVIL ACTION NO.2: 08 CV-113 -MEF**

### PETITIONER'S GENERAL TRAVERSE
### AND MOTION FOR CONTEMPT:

Comes now Aljay Lockett, pro / se by and through himself, and files this his "General Traverse and Motion For Contempt, for good cause sets forth the following to wit:

[1],    "The Conflict disclosure statement filed by respondents on the 17, day of March 2008 is clearly repetitious and therefore, failed to properly defend any claim or allegation alleged by the petitioner.

[2],    "Respondents, subsequently, have failed to Comply with the Court Order issued February 22,2008,. Said Order was directed to the respondents to produce the necessary documents lawfully required for adjudication and determining the case before this Federal Court.

1

[3],   "The obligation to come forward with those state court records is squarely upon the respondents, and not upon the petitioner, *See: **Bundy V. Wainwright**, 808 F. 2d. 1410, n.(5) at 1414, 1415 (11[th],Cir.1987).*

   ***WHEREFORE WITH PREMISES CONSIDERED:*** Petitioner prays this Court Grant the a foregoing Motion in Contempt of This Court against the Respondents and issue Order of Sanction at this Court's discretion against the Respondents and Compel Respondents to properly comply with this court's Federal Proceedings…

                              I am Respectfully Submitted,

                              *Aljay Lockett Jr., # 133930*

*Done this the 19 day of March   2008.*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 19th, day of March 2008, I served a copy of the foregoing on ***P.David Bjurberg (BJU004), Office of the Attorney General*** by placing same in the United States mail, postage prepaid and addressed as follows:

**ADDRESS OF COUNSEL**

Alabama State House
11 South Union
Montgomery, Al 36130-05152

36101+0711

Office of The Clerk
P.O. Box 711
Montgomery, Alabama
36101-0711



20 MAR 2008 PM 1 T
HUNTSVILLE / HVS
AL 358

Mr. William Lockett Jr. #183930
28779 Nick Davis Road
Harvest, Alabama 35749