IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALJAY LOCKETT, JR., #133930, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:08cv113-MEF |
| | ) |
| WARDEN MITCHEM, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's "motion for contempt" contained in Doc. No. 10, filed on March 24, 2008, it is

ORDERED that the "motion for contempt" be and is hereby DENIED.

Done this 28th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE