IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALJAY LOCKETT, JR., #133930, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:08cv113-MEF |
| | ) (WO) |
| WARDEN MITCHEM, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

The court having further reviewed the file in this case, and for good cause, it is

ORDERED that the Recommendation entered on July 23, 2008 (Doc. No. 15), be and is hereby WITHDRAWN.

Done this 26th day of August, 2008.

                /s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE