IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ALJAY LOCKETT, JR., #133930,   )
                                )
    Petitioner,             )
                                )
v.                              )   CASE NO. 2:08-cv-0113-MEF
                                )
WARDEN MITCHEM, *et al.*,       )         (WO)
                                )
    Respondents.            )

## **O R D E R**

On October 28, 2009, the Magistrate Judge filed a Recommendation (Doc. #19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the petition for habeas corpus relief filed by Lockett is DENIED and this case is DISMISSED with prejudice.

DONE this the 19th day of November, 2009.

                                  /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE